UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

DCFS USA LLC,

Plaintiff,

vs.

No.: 08-MISC-42 ML

LEWBAR IMPORTS, INC., SUSAN POLLACK, BETH VELTRI, LEWIS SHECHTMAN, LEWIS S., LLC, and WESTFIELD BANK,

Defendants.

---

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

I, Douglas J. Rose, Esq., being duly sworn and under oath, do hereby depose and say:

1. I am an attorney and counselor at law, duly admitted and licensed to practice before this Court, I am a resident of the Town of Stockbridge, Massachusetts, I am associated in practice with Deily, Mooney and Glastetter, LLP of Albany, New York, I represent Plaintiff, DCFS USA LLC (hereinafter "DCFS") in the above-captioned action., I am familiar with the facts and circumstances related in the papers and proceedings herein, and I make this affidavit, pursuant to D.R.I. L.R. Cv 69(b), in support of DCFS's request for the issuance of a writ of execution as against the real and personal property of Defendant, Beth Veltri (hereinafter "Veltri") situated within this District.

2. On or about March 27, 2008, DCFS obtained a judgment before the U.S. District Court for the District of Massachusetts (Ponsor, U.S.D.J., presiding) as against Veltri and others in the amount of $668,931.18.

3. On or about May 12, 2008, the judgment was registered in this U.S. District Court for the District of Rhode Island, pursuant to 28 U.S.C. §1963.

4. The post-judgment interest rate applicable to this judgment is 1.35% per annum, or $24.74 per diem.

5. The amount due from Veltri to DCFS on the registered judgment, as of May 29, 2008, is $668,931.18, plus sixty-three (63) days interest in the amount of $1,558.62, for a total of $670,489.80, for which amount execution is sought from this Court.

6. On or about May 15, 2008, DCFS made demand upon Veltri to pay the judgment. (*Demand Letter*, dated 5/15/08, attached hereto as Exhibit "A").

7. Veltri has failed or refused to pay the judgment in accordance with DCFS's demand.

8. DCFS has been unable to collect the judgment in the District of Massachusetts, insofar as Veltri does not have assets, real or personal, within that judicial district.

9. DCFS has ascertained that Veltri has real estate situated at 510 Algonquin Drive in the City of Warwick, Rhode Island, upon which the U.S. Marshal may commence levy in order to satisfy in part the outstanding judgment.

WHEREFORE, DCFS requests that this Court issue its Writ of Execution on Money Judgment in the amount requested.

Dated: May 28, 2008
Albany, New York

DCFS USA LLC

By its attorneys,

Douglas J. Rose, Esq.
R.I. Bar No.3958
DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
Phone: (518) 436-0344
Facsimile: (518) 436-8273

STATE OF NEW YORK )
COUNTY OF ALBANY ) ss.:

On the 28th day of May, 2008, before me, the undersigned, personally appeared Douglas J. Rose, Esq., who personally known to me or proved to me on basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Rebecca Doughty
NOTARY PUBLIC, State of New York

REBECCA . DOUGHTY
Notary Public, State of New York
No. 01DO6003299
Qualified in Rensselaer County
Commission Expires 3/2/2010

DEILY, MOONEY & GLASTETTER, LLP
Attorneys at Law

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts 02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

* Jonathan D. Deily
~* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

°* Richard C. Maider
Leigh A. Hoffman
°◊~ Linda S. Fossi
* Bonnie S. Baker
*# Douglas J. Rose
°◊~ Brian E. Caine
Scott T. Dillon
Δ Pilar A. Cano

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island
Δ Admitted in Georgia

May 15, 2008

Ms. Beth S. Veltri
100 Algonquin Drive
Warwick, RI 02888

Re: *DCFS USA v. Lewbar Imports, Inc., Susan Pollack, Beth Veltri et al.*
Case No. 08-MISC-42
Our File No. L-MBDCFS.04.30083

Dear Ms. Veltri:

Deily, Mooney & Glastetter, LLP represents DCFS USA, LLC, holder of a judgment against you entered in the U.S. District Court for the District of Massachusetts in the amount of $668,931.18, plus post-judgment interest at the federal rate of 1.35% per annum, or $24.74 per diem since the date of entry. This judgment has been registered with the U.S. District Court for the District of Rhode Island for the purposes of enforcing the judgment against your property, real and personal, situated in Rhode Island.

This letter should serve as a demand upon you, pursuant to D.R.I. L.R.Cv.69(b)(2), for payment of this outstanding judgment within seven (7) days of the mailing of this demand. Should you fail or refuse so to comply with DCFS USA, LLC's demand, counsel has been authorized to commence levy on execution. Please govern yourself accordingly.

Very truly yours,

DEILY, MOONEY & GLASTETTER, LLP

Douglas J. Rose

DJR/sgf
Enc.

EXHIBIT
A