DC 11
Rev. 7/82

# WRIT OF EXECUTION

MISC 08-042ML (DRI)

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF:
District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Beth S. Veltri
100 Algonquin Drive
Warwick, RI 02888

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $668,931.18 | plus interest in the amount of $1,558.62 and |

in the United States District Court for the ______ District of RI,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Beth S. Veltri

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| CITY | DATE |
| Providence | September 3, 2008 |

Witness the Honorable Mary M. Lisi, Chief U.S. District Judge
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| June 3, 2008 | David A. DiMarzio |
| | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

MISC 08 42 ML

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

For the DISTRICT OF Massachusetts

DCFS USA

V.

Lewbar Imports, Inc., Susan Pollack, Beth Veltri, Lewis Shechtman, Lewis S, LLC, and Westfield Bank

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 3:07-cv-30226-MAP

I, Sarah Allison Thomton Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 3/27/2008 (Date) as it appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

SARAH A. THORNTON

4/24/2008
Date

Clerk

Michael J. Cataldo
(By) Deputy Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DCFS USA LLC,
Plaintiff(s)

v.

LAWBAR IMPORTS, INC., SUSAN POLLACK, BETH VELTRI, LEWIS SHECHTMAN, LEWIS S., LLC, and WESTFIELD BANK,
Defendant(s)

CIVIL ACTION NO. 3:07-30226-MAP

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff DCFS USA LLC., against defendant's Lewbar Imports, Inc., Susan Pollack and Beth Veltri, pursuant to the court's endorsed order entered March 26, 2008, granting plaintiff's motions for entry of final judgment by default under rule 54 (b) for $668,931.18.

**SARAH A. THORNTON,**
CLERK OF COURT

Dated: March 27, 2008

By /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

I hereby certify on 4/17/2008 that the foregoing document is true and correct copy of the [pm.] electronic docket in the captioned case electronically filed original filed on 3/27/2008 original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]