**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

INST : 00010351 Bk: 6872 Pg: 190

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| DCFS USA LLC | 08-MISC-042-ML |
| DEFENDANT | TYPE OF PROCESS |
| BETH S. VELTRI | WRIT OF EXECUTION |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CITY OF WARWICK LAND EVIDENCE RECORDS
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
3275 POST ROAD, WARWICK, RI 02886

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

DOUGLAS J. ROSE, ESQ.
DEILY, MOONEY, & GLASTETTER, LLP
8 THURLOW TERRACE
ALBANY, NY 12203

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold / Fold

PLEASE RECORD AN ORIGINAL WRIT OF EXECUTION WITH CITY CLERK'S OFFICE I/A/W RIGL SEC.9-26-14, AND MAKE RETURN.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] RI #3958 | ☒ PLAINTIFF ☐ DEFENDANT | (5180 436-0344 | 6/18/08 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | [signature] | 6.19.08 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 6/20/08 Time: 1:53 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | $0.00 |

REMARKS:

PRINT 5 COPIES
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

INST: 00010351 Bk: 6872 Pg: 191

DC 11
Rev. 7/82

# WRIT OF EXECUTION

MISC 08-042ML (DRI)

| United States District Court | DISTRICT Rhode Island |
|---|---|

TO THE MARSHAL OF:
District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Beth S. Veltri
100 Algonquin Drive
Warwick, RI 02888

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $668,931.18 | plus interest in the amount of $1,558.62 and |

in the United States District Court for the ________ District of RI,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Beth S. Veltri

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| CITY | DATE |
| Providence | September 3, 2008 |

Witness the Honorable Mary M. Lisi, Chief U.S. District Judge
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| June 3, 2008 | David A. DiMarzio |
| | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

MISC 08 42 ML

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

Inst #: 00010351 Bk: 6872 Pg: 192

For the DISTRICT OF Massachusetts

DCFS USA

V.

Lewbar Imports, Inc., Susan Pollack, Beth Veltri, Lewis Shechtman, Lewis S, LLC, and Westfield Bank

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 3:07-cv-30226-MAP

I, Sarah Allison Thornton Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 3/27/2008 (Date) as it appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

SARAH A. THORNTON

4/24/2008
Date

Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Michael J Cataldo
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

INST: 00010351 Bk: 6872 Pg: 193

# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DCFS USA LLC,<br>Plaintiff(s)<br><br>v.<br>LAWBAR IMPORTS, INC., SUSAN POLLACK, BETH VELTRI, LEWIS SHECHTMAN, LEWIS S., LLC, and WESTFIELD BANK,<br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 3:07-30226-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff DCFS USA LLC., against defendant's Lewbar Imports, Inc., Susan Pollack and Beth Veltri, pursuant to the court's endorsed order entered March 26, 2008, granting plaintiff's motions for entry of final judgment by default under rule 54 (b) for $668,931.18.

SARAH A. THORNTON,
CLERK OF COURT

Dated: March 27, 2008

By /s/ Maurice G. Lindsay
Maurice G Lindsay
Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

I hereby certify on 4/17/2008 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on 3/27/2008
☒ original filed in my office on
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature]

INST: 00010351 Bk: 6872 Pg: 194

All the right, title and interest of BETH S. VELTRI in that certain lot or parcel of land with all of the improvements thereupon located at 510 Algonquin Drive, City of Warwick, Kent County, State of Rhode Island, and also described as Warwick Tax Assessor's Parcel No. 30500610000.

Being all the same premises conveyed to Beth S. Veltri by deed recorded on December 17, 2003 in the City of Warwick Land Evidence Records in Book 4985 at Page 180.

Locus: 510 ALGONQUIN DRIVE, WARWICK, R.I.

RECORDED
Jun 20,2008 01:52:58P
Marie T. Bennett, City Clerk
City of Warwick, RI

Official Receipt for Recording in:

Warwick City Clerk
City Hall
3275 Post Road
Warwick, Rhode Island 02886

Issued To:
DOUGLAS J ROSE
DEILY MOONEY & GLASTETTER

WARWICK RI 02886-

Recording Fees

| Document Description | Number | Volm | Page | Recording Amount |
|---|---|---|---|---|
| Execution | 00010351 | 6872 | 190 | $10.00 |
| Land Evidence Fees (90%) | | | | 9.00 |
| Land Preservation/Tech (1 | | | | 1.00 |
| 1-VELTRI, BETH S | | | | |
| 2-DCFS USA LLC | | | | |
| 01:52:58p | | | | |
| | | | | $10.00 |

Collected Amounts

| Payment Type | Check Number | Amount |
|---|---|---|
| Check | 57504 | $10.00 |
| | | $10.00 |

Total Received : $10.00
Less Total Recordings: $10.00

Change Due : $.00

Thank You
MARIE BENNETT - City Clerk

By - clerk3 clerk3

| Receipt# | Date | Time |
|---|---|---|
| 0054381 | 06/20/2008 | 01:53p |