[redacted]



**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

ENT. IN DOCS 6-12-08 EK

| | |
|---|---|
| PLAINTIFF<br>DCFS USA | COURT CASE NUMBER<br>MISC 08-042-ML |
| DEFENDANT<br>Beth S. Veltri | TYPE OF PROCESS<br>Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Beth S. Veltri
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
100 Algonquin Drive, Warwick, RI 02888 510

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Douglas J. Rose, Esq.
Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold Fold

Serve individual and record with City of Warwick, Land Evidence Records.

RECEIVED 2008 JUN 12 P 3:51 U.S. MARSHAL'S [illegible] DISTRICT OF R.I.

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF<br>☐ DEFENDANT | 518-436-0344 | 6/10/08 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 70 | No. 70 | Edward R. Kawa | 06/12/08 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| | | |
|---|---|---|
| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
| Address *(complete only different than shown above)*<br>510 Algonquin Drive<br>Warwick, RI | Date<br>6/26/08 | Time<br>4:30 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>[signature] | |

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 90.00 | 5.00 (K) | | 95.00 | 95.00 | ∅ $0.00 |

REMARKS:
1 End: No such Address As 100 Algonquin. 1 DUSM 1hr. 20 miles (R) Trip.
2 End: 1 DUSM, 1hr. 20 miles (R) Trip. By

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

DC 11
Rev. 7/82

# WRIT OF EXECUTION

MISC 08-042ML (DRI)

| United States District Court | DISTRICT: Rhode Island |
|---|---|

TO THE MARSHAL OF:
District of Rhode Island

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME
Beth S. Veltri
100 Algonquin Drive
Warwick, RI 02888

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $668,931.18 | and plus interest in the amount of $1,558.62 |

in the United States District Court for the __________ District of RI ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Beth S. Veltri

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | DISTRICT |
|---|---|
| U.S. District Court | Rhode Island |
| CITY: Providence | DATE: September 3, 2008 |

Witness the Honorable Mary M. Lisi, Chief U.S. District Judge
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| June 3, 2008 | David A. DiMarzio |
| | (BY) DEPUTY CLERK [signature] |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| 6/12/08 | 6/26/08 |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| Burton Stallwood | [signature] Robert D. Young |

MISC 08 42 ML

AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

For the DISTRICT OF Massachusetts

DCFS USA

V.

Lewbar Imports, Inc., Susan Pollack, Beth Veltri, Lewis Shechtman, Lewis S, LLC, and Westfield Bank

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 3:07-cv-30226-MAP

I, Sarah Allison Thornton Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on 3/27/2008 (Date) as it appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

SARAH A. THORNTON

4/24/2008
Date

Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

Michael J Cataldo
(By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)